I have reviewed the facts asserted in the Complaint describing my circumstances with Defendants and they are true and correct.

I have reviewed the documents and emails that are Exhibits to this Complaint, the EEOC filings, and all other documents that appear to be emails or other documents prepared by or provided by me or Defendant, and these are true and correct copies of what they purport to be and were made in the ordinary course of business.

All other Exhibits attached are true copies of what they purport to be, whether they be articles from the newspaper or internet. I do not necessarily have personal knowledge of all of the contents of these, but I believe them all to be authentic and true and are so as far as I know.

I affirm under oath and penalty of perjury that the foregoing is true and correct.

This _6_ day of December 2023.

SCOTT RICHARDS,

Plaintiff

2