**Scottee LP <scotteelp@gmail.com>**

## FW: Accommodation Request Submitted

1 message

---

**Richards, Scott** <scott.richards@warnermedia.com>          Tue, Aug 17, 2021 at 12:08 PM
To: "shellster2273@gmail.com" <shellster2273@gmail.com>, Scottee LP <scotteelp@gmail.com>

Below our my responses to the questions I attached.

- I am a Christian committed to Jesus Christ as my Savior and Lord and following His Word, the Bible.
- I am requesting a religious exemption from the COVID-19 vaccines. My sincerely held Christian beliefs prevent me from receiving the COVID-19 vaccines. The Bible teaches that God created human beings in his image (Genesis 1:26-27). This means that human life is sacred, and God created the human body and its human immune system to function as he created it. The Bible also teaches that human life begins at conception (Psalm 139:13-16). Therefore, abortion is the taking of a human life and is murder and forbidden by God (Exodus 20:13). The COVID-19 vaccines use fetal cell lines from aborted babies in a part of the process of their creation and development which violates God's will against abortion as described above. The COVID-19 vaccines also interfere with the function of the human immune system which God created by inserting genetic code instructions into the cell that does not originate from the DNA in the cell. Therefore, this process violates God's will for humanity.
- Similar to the start of the pandemic until present day, remote work accommodations will help ensure the company's safe and healthy workplace. Also, continuing the current approach of mask/gloves wearing and social distancing when on site would also ensure a safe and healthy work environment for others and myself.  During the last 18 months, my colleagues and myself have been coming on site following the safety protocols, and there was not one outbreak that was traced back to our group -- other groups that were coming on site did have outbreaks that occurred, but not Sports Central Engineering. When following the safety protocols the company has implemented to keep us safe, Sports Central Engineering is a prime example of how successful we all can be when following the safety protocols of using PPE effectively and social distancing respectfully.
- In my opinion, my more than seven-year tenure, specifically the last 18 months, have verified how dedicated and committed I am to the company and keeping all of us safe. For Christians, all of our religious beliefs are based on the Bible. The Bible reveals to us what God's will is and we are committed to believing it and following it on a daily basis. As in all my beliefs, I live by them and express them to others. Also, it has caused me not to receive the COVID19 vaccines.

Attached my day-to-day with this summary.

• Production Support of Mac, Windows and Linux clients.

• EVS Broadcast Systems for Ingest/Playout core functions and support for internal and external partners. Client build of EVS IPlink Adobe Plugin.

• IPV/Curator MAM server, client build, integration and support.

• Build, Support and Operation of Windows and Linux gateway servers.

• Collaborate across departments to make internal Engineering processes more effective and to improve the overall User experience.

• Support NBAtv, DOTCOM and TNT personal via Cisco Webex to remotely support the Live Events scheduled daily.

• Support Digital Media Coordinators with Daily duties for backup/archive.

Case 1:23-cv-05587-JPB-CCB    Document 1-6    Filed 12/06/23    Page 2 of 3

• Build innovative solutions that help bridge the gap of technologies that are critical to the success of our digital workflows to support of Sports Stakeholders.

---

**From:** WarnerMedia Xempt <notifications@xempt.warnermedia.com>
**Date:** Tuesday, August 17, 2021 at 12:04 PM
**To:** "Richards, Scott" <scott.richards@warnermedia.com>
**Subject:** Accommodation Request Submitted

# Accommodation Request Submitted

Dear Scott Richards,

Thank you for submitting your accommodation request (ID: a651bb).

Generally, you can expect to hear back from us within 24 hours on weekdays to request additional information if required and confirm next steps to proceed with your submission.

For any questions, please email CV19accommodation@warnermedia.com.

My Requests

This email was sent by Xempt

Support

**3 attachments**



**xempt_religious_2.png**
183K

**xempt_religious_1.png**
166K

**xempt_home.png**
139K