Case 1:23-cv-05587-JPB-CCB     Document 1-7    Filed 12/06/23     Page 1 of 7     COMP. EXH F

EXHIBIT 4

 Gmail                                    **Scottee LP <scotteelp@gmail.com>**

---

# Re: Notification Follow Up (Scott Richards)

2 messages

---

**Richards, Scott** <scott.richards@warnermedia.com>                Thu, Nov 18, 2021 at 10:18 AM
To: "Davis, Tiffani" <tiffani.davis@warnermedia.com>

Tiffani,

Can you provide a response from HR? If not, I need you to escalate this to your superior at this time.

What does "undue hardship" mean exactly in this context regarding my situation?

I've been waiting for a week now and have not received an answer from you.

I need a definitive answer, and leaving me with no responses to important questions is causing a lot of anxiety for my wife, my kids and myself.

HR hasn't been forthcoming in anyway during this process, and I am being purposefully ignored when asking questions about why Warner Media is discriminating against me.

This week, OHSA has suspended the implementation of this unconstitutional mandate, so now, what does that mean for my situation of employment at Warner Media?

I need responses please.

Thanks in advance!

-S-

---

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Thursday, November 11, 2021 9:13:57 PM
**To:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Cc:** Davis, Tiffani <tiffani.davis@warnermedia.com>
**Subject:** Re: Notification Follow Up

Tiffani,

Can you define "undue hardship" for me as it is used by Kristopher, so I can better understand this situation?

-S-

---

**From:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Sent:** Thursday, November 11, 2021 12:16:16 PM
**To:** Richards, Scott <scott.richards@warnermedia.com>
**Cc:** Davis, Tiffani <tiffani.davis@warnermedia.com>
**Subject:** RE: Notification Follow Up

I have responded to your question several times. The company is not able to accommodate an unvaccinated employee in your role because of health and safety risks and operational challenges. While the company considers possible ways to accommodate certain employees who can't be vaccinated, it does not need to do anything that puts an unnecessary burden on the company. In your role the company didn't believe there was an accommodation that met those requirements.

I have copied my manager, Tiffani Davis.

Case 1:23-cv-05587-JPB-CCB    Document 1-7    Filed 12/06/23    Page 2 of 7

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Wednesday, November 10, 2021 1:19 PM
**To:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Subject:** Re: Notification Follow Up

I am convince the definition "undue hardship" is outside your role and responsibility of defining, because you continue to use the term without actually defining what it means, specifically.

Can you escalate this request to your manager, as your inability or unwillingness to define it is causing me concern of your involvement in handling this moving forward.

Thanks again!

-S-

**From:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Sent:** Wednesday, November 10, 2021 11:39:30 AM
**To:** Richards, Scott <scott.richards@warnermedia.com>
**Subject:** RE: Notification Follow Up

As mentioned in my last note to you, the health and safety risk associated with an unvaccinated employee in your role, which requires on site work in shared spaces and close contact with others poses an undue hardship on the company. We are working on finalizing the details of your separation and severance, which will include information about benefits and next steps. Thanks for understanding that this is an individualized process that takes some time. I'll update you as soon as I have more information for you.

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Wednesday, November 10, 2021 10:14 AM
**To:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Subject:** Re: Notification Follow Up

Kristopher,

No response? Can we keep a level of professionalism, and at least respond to me?

I will need to know your definition of "undue hardships".

Also the following…

- When will I be provided more information about Warner Media terminating me? Do you know? Maybe there's another more Senior HR person who will respond to my queries. Can you ask your superiors?

Case 1:23-cv-05587-JPB-CCB          Document 1-7      Filed 12/06/23      Page 3 of 7

- When will my health benefits expire due to Warner Media's unconstitutional move to terminate me based in n vaccination status?
- What are the next steps, and when will I be informed of EXACTLY what those steps will be? Information has yet to be provided with any details regarding a separation package that was previously mentioned. The general description previously provided is insufficient for me to understand fully what HR has planned, so I will need a response.

Thank you so much for your effort, I know how difficult it is to provide excellent service.

-S-

---

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Thursday, November 4, 2021 12:57:54 PM
**To:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Subject:** Re: Notification Follow Up

Kristopher,

As an HR Representative, thank you for confirming the contradiction/hypocrisy of the Warner Media COIVD Vaccination Policy; specifically the following passage.

*"WarnerMedia will not tolerate disparate treatment or retaliation based on vaccination status. Employees shall not ask questions about a person's choice not to get vaccinated."*

Legal protections withstanding, I interpret the way in which my case has been handled by HR as me being treated disparately and my termination is not my choice, but the choice of the Warner Media, LLC to retaliate against me based on my Vaccination status, despite my job requirements. Hereto, You are a Warner Media employee, not just asking but, demanding not only that I share my vaccination status to retain my employment, but also receive a medical treatment that goes against my religious beliefs.

My family is pro "ethical" vaccinations, however, my Primary Care Physician and my children's Pediatrician have confirmed that there are no "ethical" alternatives available for any of the COVID vaccinations. If there was an ethical alternative, like there are for the all of the other vaccinations my family and I have received, I would be first in line. However, there are none.

Moreover and most notable, I believe this policy and its implementation is a violation of my civil rights.

Also, you continue use the phrase "undue hardships", however, I've yet to receive any clarification on what that means exactly. Can you explain, in specifics, what are "undue hardships" from the Company's perspective.

Thank you so much for responding! Confirming the time table is most appreciated.

BR,

-S-

Case 1:23-cv-05587-JPB-CCB     Document 1-7  Filed 12/06/23     Page 4 of 7

**From:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Date:** Thursday, November 4, 2021 at 12:26 PM
**To:** Richards, Scott <scott.richards@warnermedia.com>
**Subject:** RE: Notification Follow Up

Thank you for reaching out. I had hoped to speak with you personally about this, and left you a voicemail hoping we could talk, but I understand from you that you'd rather communicate only by email. I'm sorry we weren't able to have the conversation and that as a result the email was the first notification that the company is unable to accommodate your request to return to work unvaccinated.

While you may be eligible to be considered for a reasonable accommodation, the company doesn't believe it can accommodate your request to return to work unvaccinated. The company considered various potential accommodations and mitigation practices, including those you submitted in association with your accommodation request, but has determined that because your role requires on-site work in shared spaces and close contact with others, we could not adequately mitigate the health and safety risk to you and others. Particularly as more employees return to work on-site, enforcing mitigation efforts like masking and social distancing present an undue hardship to operations. While it may have been possible for this work to be done remotely when no other options were available, this is not a remote position. To be performed most effectively the role requires you to be on site.

Accordingly, your role will be posted two weeks from today, November 18, at which time you will be placed on a 4-week paid leave. At the end of your leave, your employment will be terminated and you will be eligible for Severance in exchange for a separation agreement.

Of course, if you are able to be vaccinated at any time, please let me know. If your position is still available, you may be able to return to work. The company will require proof of vaccination.

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Thursday, November 4, 2021 10:28 AM
**To:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Subject:** Re: Notification Follow Up

Kristopher,

I have some unanswered questions.

Will you respond?

-S-

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Date:** Tuesday, November 2, 2021 at 2:35 PM

Gmail - RE: Notification Follow Up (Scott Richards)

**To:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Subject:** Re: Notification Follow Up

Hi Kristopher,

Correction: For the record, you and I didn't speak at any time about any information as you mentioned in your previous email — the previous email is the first time hearing any of that information.

I'm not fully sure understanding the "undue hardship" you mentioned as the reason for not allowing me onsite to perform my job responsibilities that I'm capable of performing. Can you please explain in further detail, so that I can better understand.

Also, you failed to mention the start date of the 2 week transition. My manager and I can assume, but would prefer not to, so we need some clarification from you on that as well.

Thank you so much for your effort on this, I can appreciate how difficult things can be.

Cheers!

-S-

---

**From:** Williams, Kristopher <kristopher.williams@warnermedia.com>
**Sent:** Tuesday, November 2, 2021 1:16:07 PM
**To:** Richards, Scott <scott.richards@warnermedia.com>
**Subject:** Notification Follow Up

***PERSONAL AND CONFIDENTIAL***

Scott Richards,

We have carefully evaluated your request for an accommodation that would exempt you from WarnerMedia's vaccination policy. Unfortunately, your request cannot be granted.  The company has determined that the essential functions of your role cannot be performed remotely, and allowing an unvaccinated employee to provide services in your role in our facilities and workspaces would present an undue hardship operationally.

As we discussed, you have been granted 2 weeks paid notice during which you should transition your work. During that time, you are also welcome to apply for any open roles for which you are qualified that may be performed remotely or that can be accommodated without presenting an undue hardship operationally. Open roles can be found at Careers at WarnerMedia | WarnerMedia jobs (warnermediacareers.com). Your role will be posted for recruiting at the conclusion of the 2 week notice period, and you will be paid while placed on leave status for 4 additional weeks. Your employment will be terminated as of December 18, 2021.

Gmail - Notification Follow Up (Scott Richards)

WarnerMedia is offering you a separation package that provides Severance and certain benefits in exchange for a signed separation and release agreement. We will provide you with a copy of this documentation for your review shortly.

Please let me know as soon as possible if you have additional information to be reviewed related to your accommodation request, or if your position has changed and you intend to be vaccinated.

Thanks,

**Kristopher Williams**

People Partner | Technology

**C** 404-476-1327

**Warner**Media

---

**Richards, Scott** <scott.richards@warnermedia.com>
To: Scottee LP <scotteelp@gmail.com>

Thu, Nov 18, 2021 at 2:14 PM

-S-

---

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Thursday, November 18, 2021 2:14:07 PM
**To:** Davis, Tiffani <tiffani.davis@warnermedia.com>
**Subject:** Re: Notification Follow Up (Scott Richards)

I am "vaccinated", just not with Warner Media's required treatment — which is where the unconstitutional discrimination comes into play.

Unfortunately, HR is held by financial "undue hardship" is how this looks from my view.

HR is complicit in this manner, very illegal.

-S-

---

**From:** Davis, Tiffani <tiffani.davis@warnermedia.com>
**Sent:** Thursday, November 18, 2021 11:25:06 AM
**To:** Richards, Scott <scott.richards@warnermedia.com>
**Subject:** RE: Notification Follow Up (Scott Richards)

Good Day Scott,

I'm afraid I don't have a different answer for you. The health risk associated with an unvaccinated person in this role can't be lessened without making significant changes to the role, the work environment, and the way we operate. The health risks and operational challenges would be an undue burden to the company.

Thank you,


Tiffani





**Talent Leader - WMTO**

**O. 404-827-4718**

**M. 404-312-6183**

**E.** **tiffani.davis@turner.com**


[Quoted text hidden]