Case 1:23-cv-05587-JPB-CCB Document 1-8 Filed 12/06/23 Page 1 of 9

COMP EXH. G

 **Gmail**

**Scottee LP <scotteelp@gmail.com>**

## Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

4 messages

**Richards, Scott** <scott.richards@warnermedia.com>                    Sat, Aug 7, 2021 at 4:21 PM
To: "Calderon, Daphne" <daphne.calderon@warnermedia.com>

Hi Daphne,

Can you help me?

I'm attempting to better educate myself with regards to the latest COVID19 vaccination mandate the company has announced.

To my knowledge, I haven't received the exact vaccine mandate policy provided by HR, can you provide or point me to this policy?

Can you provide me where I can locate the company's health and religious exemption information with respect to this vaccine mandate?

Are there any company resources explaining what accommodations are provided with regards to the health and religious exemptions the company is honoring?

I haven't been provided an exact date of when this mandate will be explicitly enforced. Can you clarify?

Is there an HR policy that addresses the potential safety concerns if an employee were to spread misinformation amongst other employees in the workplace regarding vaccine status?

I've requested this information from management, but I was told to request this information from You/HR.

I look forward to working with you on this.

Thanks in advance!

-S-

Case 1:23-cv-05587-JPB-CCB Gmail - Scott Richards - Request for COVID Vaccine Mandate Policy Info Filed 12/06/23 Page 2 of 9

Scott Richards

Sports Central Engineering

---

**Richards, Scott** <scott.richards@warnermedia.com>                                     Wed, Aug 11, 2021 at 3:27 PM
To: "shellster2273@gmail.com" <shellster2273@gmail.com>, Scottee LP <scotteelp@gmail.com>

-S-

---

**From:** Calderon, Daphne <daphne.calderon@warnermedia.com>
**Sent:** Wednesday, August 11, 2021 10:05:34 AM
**To:** Richards, Scott <scott.richards@warnermedia.com>
**Cc:** Manuel, Kayla <kayla.manuel@warnermedia.com>
**Subject:** RE: Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

Hi Scott,

Hope you're well and thanks for reaching out! Current guidance for WMTO employees who work on-site in a CNN Facility or who work closely with CNN employees is that they must be fully vaccinated. As you may understand, as the Covid-19 virus evolves and we learn more about it, we have been continuously reviewing our safety protocols and guidance with the objective of keeping our employees safe. You can find our current vaccination policy & resources here: COVID-19 Vaccination & Reporting | WarnerMedia One.

If you are seeking an exemption to the Company's vaccine requirements because you need an accommodation related to your own medical circumstances or religious beliefs, you can submit a request via our Xempt system.

If you have concerns regarding employees spreading misinformation regarding vaccine status, please let us know.

We hope this answers your questions and provides a little more clarity. As we continue to receive additional info and updates, we will continue to share with the leadership team and broader organization.

Let us know if you have any questions.

Best,

**Daphne Calderon | People Partner Lead | WMTO HR**

---

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Saturday, August 7, 2021 4:22 PM
**To:** Calderon, Daphne <daphne.calderon@warnermedia.com>
**Subject:** Scott Richards - Request for COVID19 Vaccine Mandate Policy Info
**Importance:** High

Hi Daphne,

Can you help me?

I'm attempting to better educate myself with regards to the latest COVID19 vaccination mandate the company has announced.

To my knowledge, I haven't received the exact vaccine mandate policy provided by HR, can you provide or point me to this policy?

Can you provide me where I can locate the company's health and religious exemption information with respect to this vaccine mandate?

Are there any company resources explaining what accommodations are provided with regards to the health and religious exemptions the company is honoring?

I haven't been provided an exact date of when this mandate will be explicitly enforced. Can you clarify?

Is there an HR policy that addresses the potential safety concerns if an employee were to spread misinformation amongst other employees in the workplace regarding vaccine status?

I've requested this information from management, but I was told to request this information from You/HR.

I look forward to working with you on this.

Thanks in advance!

-S-

Scott Richards

Sports Central Engineering

---

**Richards, Scott** <scott.richards@warnermedia.com>                                Wed, Aug 11, 2021 at 4:10 PM
To: "shellster2273@gmail.com" <shellster2273@gmail.com>, Scottee LP <scotteelp@gmail.com>

**From:** "Richards, Scott" <scott.richards@warnermedia.com>
**Date:** Wednesday, August 11, 2021 at 4:09 PM
**To:** "Calderon, Daphne" <daphne.calderon@warnermedia.com>
**Cc:** "Manuel, Kayla" <kayla.manuel@warnermedia.com>
**Subject:** Re: Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

This information is very much appreciated – thank you!

Has there been any explanation as to why this information I just received today wasn't sent out on July 15 2021 when the initial mandate notification was received in my co-workers and my inbox?

I do have personal experience with employee's asking others about their vaccine status, assuming status if not shared, and then verbally broadcasting those assumptions amongst my peers in the workplace. This has unfortunately created very uncomfortable reactions amongst my peers and seems to have affected the overall morale in my work area. This concerns me greatly, as the safety and security of all employees is one of the company's highest priorities from what I'm reading today with the information provided.

BR,

-S-

---

**From:** "Calderon, Daphne" <daphne.calderon@warnermedia.com>
**Date:** Wednesday, August 11, 2021 at 10:05 AM
**To:** "Richards, Scott" <scott.richards@warnermedia.com>
**Cc:** "Manuel, Kayla" <kayla.manuel@warnermedia.com>
**Subject:** RE: Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

Hi Scott,

Hope you're well and thanks for reaching out! Current guidance for WMTO employees who work on-site in a CNN Facility or who work closely with CNN employees is that they must be fully vaccinated. As you may understand, as the Covid-19 virus evolves and we learn more about it, we have been continuously reviewing our safety protocols and guidance with the objective of keeping our employees safe. You can find our current vaccination policy & resources here: COVID-19 Vaccination & Reporting | WarnerMedia One.

If you are seeking an exemption to the Company's vaccine requirements because you need an accommodation related to your own medical circumstances or religious beliefs, you can submit a request via our Xempt system.

If you have concerns regarding employees spreading misinformation regarding vaccine status, please let us know.

We hope this answers your questions and provides a little more clarity. As we continue to receive additional info and updates, we will continue to share with the leadership team and broader organization.

Let us know if you have any questions.

Best,

**Daphne Calderon | People Partner Lead | WMTO HR**

---

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Saturday, August 7, 2021 4:22 PM
**To:** Calderon, Daphne <daphne.calderon@warnermedia.com>
**Subject:** Scott Richards - Request for COVID19 Vaccine Mandate Policy Info
**Importance:** High

Hi Daphne,

Can you help me?

I'm attempting to better educate myself with regards to the latest COVID19 vaccination mandate the company has announced.

To my knowledge, I haven't received the exact vaccine mandate policy provided by HR, can you provide or point me to this policy?

Can you provide me where I can locate the company's health and religious exemption information with respect to this vaccine mandate?

Are there any company resources explaining what accommodations are provided with regards to the health and religious exemptions the company is honoring?

I haven't been provided an exact date of when this mandate will be explicitly enforced. Can you clarify?

Is there an HR policy that addresses the potential safety concerns if an employee were to spread misinformation amongst other employees in the workplace regarding vaccine status?

I've requested this information from management, but I was told to request this information from You/HR.

Case 1:23-cv-05587-JPB-GGB Document 1-8 Filed 12/06/23 Page 6 of 9

I look forward to working with you on this.

Thanks in advance!

-S-

Scott Richards

Sports Central Engineering

---

**Richards, Scott** <scott.richards@warnermedia.com>                                     Thu, Aug 19, 2021 at 3:20 PM
To: "shellster2273@gmail.com" <shellster2273@gmail.com>, Scottee LP <scotteelp@gmail.com>

---

**From:** "Richards, Scott" <scott.richards@warnermedia.com>
**Date:** Thursday, August 19, 2021 at 3:19 PM
**To:** "Calderon, Daphne" <daphne.calderon@warnermedia.com>
**Cc:** "Manuel, Kayla" <kayla.manuel@warnermedia.com>
**Subject:** Re: Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

Daphne,

Thank you so much for responding!

I have spoken to my manager about these concerns, and I have been advised to follow up HR regarding them.

Also, I've submitted an exemption, when should I expect a response to my submission?

Thank again!!

BR,

-S-

**From:** "Calderon, Daphne" <daphne.calderon@warnermedia.com>
**Date:** Thursday, August 19, 2021 at 1:24 PM
**To:** "Richards, Scott" <scott.richards@warnermedia.com>
**Cc:** "Manuel, Kayla" <kayla.manuel@warnermedia.com>
**Subject:** RE: Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

Hi Scott,

As you may understand, our guidance and policies have been evolving and have been doing our best in sharing latest guidance and information. You can find latest guidance in this link

COVID-19 Vaccination & Reporting | WarnerMedia One

Thank you for raising your concerns regarding others sharing vaccination status.

Have you spoken to your managers about this? If you are comfortable, I would encourage you to have a conversation with them to share more specifics so they can potentially address more broadly in a team meeting/communication if they see fit.

Please don't hesitate to reach out with any other questions. Thanks!

Daphne

**Daphne Calderon | People Partner Lead | WMTO HR**

---

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Wednesday, August 11, 2021 4:10 PM
**To:** Calderon, Daphne <daphne.calderon@warnermedia.com>
**Cc:** Manuel, Kayla <kayla.manuel@warnermedia.com>
**Subject:** Re: Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

This information is very much appreciated – thank you!

Has there been any explanation as to why this information I just received today wasn't sent out on July 15 2021 when the initial mandate notification was received in my co-workers and my inbox?

I do have personal experience with employee's asking others about their vaccine status, assuming status if not shared, and then verbally broadcasting those assumptions amongst my peers in the workplace. This has unfortunately created very uncomfortable reactions amongst my peers and seems to have affected the overall morale in my work area. This concerns me greatly, as the safety and security of all employees is one of the company's highest priorities from what I'm reading today with the information provided.

BR,

**From:** "Calderon, Daphne" <daphne.calderon@warnermedia.com>
**Date:** Wednesday, August 11, 2021 at 10:05 AM
**To:** "Richards, Scott" <scott.richards@warnermedia.com>
**Cc:** "Manuel, Kayla" <kayla.manuel@warnermedia.com>
**Subject:** RE: Scott Richards - Request for COVID19 Vaccine Mandate Policy Info

Hi Scott,

Hope you're well and thanks for reaching out! Current guidance for WMTO employees who work on-site in a CNN Facility or who work closely with CNN employees is that they must be fully vaccinated. As you may understand, as the Covid-19 virus evolves and we learn more about it, we have been continuously reviewing our safety protocols and guidance with the objective of keeping our employees safe. You can find our current vaccination policy & resources here: COVID-19 Vaccination & Reporting | WarnerMedia One.

If you are seeking an exemption to the Company's vaccine requirements because you need an accommodation related to your own medical circumstances or religious beliefs, you can submit a request via our Xempt system.

If you have concerns regarding employees spreading misinformation regarding vaccine status, please let us know.

We hope this answers your questions and provides a little more clarity. As we continue to receive additional info and updates, we will continue to share with the leadership team and broader organization.

Let us know if you have any questions.

Best,

**Daphne Calderon | People Partner Lead | WMTO HR**

**From:** Richards, Scott <scott.richards@warnermedia.com>
**Sent:** Saturday, August 7, 2021 4:22 PM
**To:** Calderon, Daphne <daphne.calderon@warnermedia.com>
**Subject:** Scott Richards - Request for COVID19 Vaccine Mandate Policy Info
**Importance:** High

Hi Daphne,

Can you help me?

Case 1:23-cv-05587-JPB-CCB  Document 1-8  Filed 12/06/23  Page 9 of 9

I'm attempting to better educate myself with regards to the latest COVID19 vaccination mandate the company has announced.

To my knowledge, I haven't received the exact vaccine mandate policy provided by HR, can you provide or point me to this policy?

Can you provide me where I can locate the company's health and religious exemption information with respect to this vaccine mandate?

Are there any company resources explaining what accommodations are provided with regards to the health and religious exemptions the company is honoring?

I haven't been provided an exact date of when this mandate will be explicitly enforced. Can you clarify?

Is there an HR policy that addresses the potential safety concerns if an employee were to spread misinformation amongst other employees in the workplace regarding vaccine status?

I've requested this information from management, but I was told to request this information from You/HR.

I look forward to working with you on this.

Thanks in advance!

-S-

Scott Richards

Sports Central Engineering