# HIPES LAW LLC

### TRIAL COUNSEL
## BUSINESS, EMPLOYMENT CONTRACTS AND LITIGATION

**2475 Northwinds Parkway, Suite 200**                              **Alpharetta, GA 30009**
**Phone:  678-867-7006**                                              **Fax:  770-783-5010**
 **Email:   Counsel@HipesLaw.com**                           **Web:  www.HipesLaw.com**

January 9, 2024

Via email:  CRD_JBP@gand.uscourts.gov
And filing on the court docket

The Honorable J. P. Boulee
ATTN: Courtroom Deputy Clerk
1988 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

> RE:   Scott Richards v. Warner Media LLC,
>        including its parent and successor in
>        interest, Warner Bros. Discovery
>
>        Civil Action NO. 1:23-cv-055878-JPB-
>        CCB

Dear Courtroom Deputy Clerk,

Pursuant to NDGa LR 83.1 and Judge Boulee's Standing Order Regarding Civil Litigation, I am submitting this letter to respectfully request that the referenced case not be calendared during the following periods I plan to be out of town or out of the country on vacation:

| | |
|---|---|
| April 1-5, 8, 9, 2024 | (out of town on Spring Break with family) |
| May 28-31 & June 3-7, 10, 11, 2024 | (out of country on vacation with husband and family) |

Thank you for your kind attention to this matter.

Respectfully,
Hipes Law LLC

/s/Jeanne Bynum Hipes
Jeanne Bynum Hipes
GA BAR No.: 100575

Counsel for the Plaintiff