UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT RICHARDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 23-cv-05587-JPB-CCB |
| | : | |
| | : | |
| WARNER MEDIA LLC, including its | : | |
| parent and successor in interest, | : | |
| WARNER BROS. DISCOVERY, | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE
FOLLOWING DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1 and Judge J. P. Boulee's Standing Order Regarding Civil Litigation Rule. III.a., Plaintiff, through counsel, and Defendant, through counsel, jointly move for an extension of time for Plaintiff to file his response to Defendant's Motion to Dismiss filed on March 19, 2024, as well as an extension of time for Defendant to file its reply to Plaintiff's response. As set forth herein, Plaintiff seeks an extension of time from his current Response deadline until April 19, 2024, and Defendant seeks an extension of time from its Reply deadline until May 20, 2024. In support of this Joint Motion, the Parties state as follows:

1.    Plaintiff Complaint was filed and docketed on December 6, 2023. (*See* Dkt. No. 1).

2.    On January 19, 2024, Plaintiff's counsel provided Defendant's current counsel a copy of the Notice of Lawsuit and Request to Waive Service of Summons, which was timely executed and subsequently filed with this Court. (Dkt. No. 3).

3.    On March 19, 2024, Defendant filed its Motion to Dismiss Plaintiff's Complaint. (Dkt. No. 5).

4.    Pursuant to Local Rule 7.1(B), the current deadline for Plaintiff to respond to Defendant's Motion to Dismiss is April 2, 2024.

5.    Plaintiff seeks – and Defendant has consented to – a seventeen-day extension of this current deadline, until April 19, 2024, in order to accommodate Plaintiff's counsel's previously requested leave of absence. (*See* Dkt. No. 2).

6.    Defendant seeks – and Plaintiff has consented to – an identical extension of time until May 20, 2024, for Defendant to reply to Plaintiff's response in order to accommodate certain travel and prior business commitments of Defense counsel.

7.    Counsel for the parties have met and conferred with regard to the proposed amended briefing schedule set forth above, have consented to the above-requested extensions, and agree that no party to this action will be prejudiced by either extension.

8.      The parties further agree that good cause for these extensions exist, given Counsel for the parties' prior commitments, the leave of absence Plaintiff's counsel requested on January 9, 2024 (Dkt. No. 2), which causes her to be out of town and unavailable March 30, 2024 through April 10, 2024, the importance of the issues in the Motion to Dismiss, the necessity to obtain and review newly filed case authority, and the upcoming religious holidays. There is no effort to delay the prosecution of this case, but rather to ensure the issues pending in Defendant's Motion to Dismiss are fairly and appropriately addressed.

For the reasons set forth above, the Parties respectfully request that the Court grant the Parties' Joint Motion.

Respectfully submitted this 20th day of March 2024.

Hipes Law LLC
/s/ *Jeanne Bynum Hipes*
Jeanne Bynum Hipes
GA Bar No.: 100575
Counsel for Plaintiff

/s/
Emily C. Haigh, *pro hac vice*
ehaigh@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022-3298
Telephone: 212.583.9600
Facsimile: 646.832.2719

Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

Attorneys for Defendant
Warner Media LLC n/k/a Warner
Bros. Discovery, Inc.

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

This is to certify that the forgoing Motion for Extension of Time to Respond to Defendant's Motion to Dismiss was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

s/Jeanne Bynum Hipes

Jeanne Bynum Hipes
Ga. Bar No. 100575
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT RICHARDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 23-cv-05587-JPB-CCB |
| | : | |
| | : | |
| WARNER MEDIA LLC, including its | : | |
| parent and successor in interest, | : | |
| WARNER BROS. DISCOVERY, | : | JURY TRIAL |
| | : | DEMANDED |
| | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

It is hereby certified that, on this 20th day of March 2024, I served by email on Defendant's counsel the foregoing **Joint Motion for Extension of Briefing Schedule Following Defendant's Motion to Dismiss** by filing it via the CM/ECF system, which will send email notification of such filing and service to all registered counsel in this matter including counsel for Defendant:

Emily C. Haigh, *pro hac vice*
ehaigh@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022-3298
Telephone: 212.583.9600

5

Facsimile: 646.832.2719

And

Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

Attorneys for Defendant
Warner Media LLC n/k/a Warner
Bros. Discovery, Inc.


Respectfully submitted this 20th day of March 2024.

Hipes Law LLC
/s/ *Jeanne Bynum Hipes*
Jeanne Bynum Hipes
GA Bar No.: 100575
Counsel for Plaintiff


HIPES LAW, LLC

2475 Northwinds Parkway Suite 200
Alpharetta, GA 30009
Telephone: (678) 867-7006
Fax: (770) 783-5010
Email: counsel@hipeslaw.com

6

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT RICHARDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 23-cv-05587-JPB-CCB |
| | : | |
| | : | |
| WARNER MEDIA LLC, including its | ; | |
| parent and successor in interest, | ; | |
| WARNER BROS. DISCOVERY, | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendant. | : | |

[Proposed] **ORDER**

This court, having reviewed and considered the parties' **JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOLLOWING DEFENDANT'S MOTION TO DISMISS, finds good cause to grant same and thus HEREBY ORDERS that:**

- Plaintiff shall have until April 19, 2024 to file his Response to Defendant's Motion to Dismiss; and

- Defendant shall have until May 20, 2024 to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

This ___ day of March 2024.

_____

Judge