UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT RICHARDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 23-cv-05587-JPB-CCB |
| | : | |
| | : | |
| WARNER MEDIA LLC, including its | ; | |
| parent and successor in interest, | ; | |
| WARNER BROS. DISCOVERY, | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This court, having reviewed and considered the parties' **JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOLLOWING DEFENDANT'S MOTION TO DISMISS, finds good cause to grant same and thus HEREBY ORDERS that:**

- Plaintiff shall have until April 19, 2024 to file his Response to Defendant's Motion to Dismiss; and

- Defendant shall have until May 20, 2024 to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

**IT IS SO ORDERED**, this 21st day of March, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE