UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

SCOTT RICHARDS,

              Plaintiff,

    v.

WARNER MEDIA LLC, including its parent and successor in interest, WARNER BROS. DISCOVERY,

              Defendant.

CASE NO. 1:23-cv-05587-JPB-CCB

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)     The undersigned counsel for Defendant Warner Media, LLC and Warner Bros. Discovery, Inc. (incorrectly named above as "Warner Media LLC, including its parent and successor in interest, Warner Bros. Discovery") ("Defendant") certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent-corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff Scott Richards.

- Defendant Warner Media, LLC is a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation with no parent company, and to the best of Warner Media, LLC's knowledge, no publicly held company owns ten percent or more of Warner Bros. Discovery, Inc.'s stock.

- Defendant Warner Bros. Discovery, Inc. is a publicly traded corporation with no parent company, and to the best of its knowledge, no publicly held company owns ten percent or more of its stock.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- None.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Plaintiff's counsel Jeanne Bynum Hipes of Hipes Law LLC.

- Defendant's counsel Emily Haigh and Pierre-Joseph Noebes of Littler Mendelson, P.C.

Dated:    October 23, 2024    Respectfully submitted,

*/s/ Pierre-Joseph Noebes*
Emily C. Haigh, *pro hac vice*
ehaigh@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022-3298
Telephone:  212.583.9600
Facsimile:   646.832.2719

2

Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:   404.233.0330
Facsimile:    404.233.2361

Attorneys for Defendant
Warner  Media  LLC  n/k/a  Warner
Bros. Discovery, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT RICHARDS, | : | CASE NO. 1:23-cv-05587-JPB-CCB |
| Plaintiff, | : | |
| v. | : | |
| WARNER MEDIA LLC, including its parent and successor in interest, WARNER BROS. DISCOVERY, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically filed the foregoing

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using

CM/ECF system which will send notification of such filing to the following:

Jeanne Bynum Hipes
Hipes Law LLC
2475 Northwinds Parkway, Suite 200
Alpharetta, GA 30009
counsel@hipeslaw.com

/s/ Pierre-Joseph Noebes
Pierre-Joseph Noebes
Attorney for Defendant

4