IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SCOTT RICHARDS,

      Plaintiff,

v.

WARNER MEDIA LLC, including its
parent and successor in interest,
WARNER BROS. DISCOVERY,

      Defendant.

Case No. 1:23-cv-05587-JPB-CCB

## ORDER

Upon review of Defendant's Unopposed Motion to Extend Time to File a Joint Preliminary Report and Discovery Plan, the Court hereby orders that the deadline for the Parties to file a Joint Preliminary Report and Discover Plan shall be extended to May 1, 2025.

**SO ORDERED,** this 17th day of April, 2025.

_____

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE