IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SCOTT RICHARDS,

      Plaintiff,

v.

WARNER MEDIA LLC, including its
parent and successor in interest,
WARNER BROS. DISCOVERY,

      Defendant.

Case No. 1:23-cv-05587-JPB-CCB

## **CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that, on May 16, 2025, I served a true and correct copy of Defendant's Initial Disclosures.

The aforementioned was served via electronic mail on all counsel of record as follows:

Jeanne Bynum Hipes
counsel@hipeslaw.com


Dated:    May 16, 2025.

*/s/ Kurt Peterson*
Kurt Peterson, Bar No. 574408
kpeterson@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA  30326.1127
Telephone:    404.233.0330
Facsimile:    404.233.2361

Attorneys for Defendant Warner Media,
LLC n/k/a Warner Bros. Discovery, Inc.