UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT RICHARDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 23-cv-05587-JPB-CCB |
| | : | |
| | : | |
| WARNER MEDIA LLC, including its | ; | |
| parent and successor in interest, | ; | |
| WARNER BROS. DISCOVERY, INC, | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that  on May 16, 2025, I served a true and correct copy of

Plaintiff's Initial Disclosures on Defendant's counsel via his email address at

KPeterson@Littler.com.  I further certify that I also filed via the ECF filing system

a copy of this Certificate of Service, which will electronically transmit a copy to all

counsel of record.

Respectfully submitted,
HIPES LAW LLC

*/s/ Jeanne Bynum Hipes*

Jeanne Bynum Hipes
Ga. Bar No. 100575
Counsel for Plaintiff

**HIPES LAW, LLC**
**2475 Northwinds Parkway Suite 200**
**Alpharetta, GA 30009**
Telephone: (678) 867-7006
Fax: (770) 783-5010
Email: counsel@hipeslaw.com