UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT RICHARDS, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 23-cv-05587-JPB-CCB |
| | : | |
| | : | |
| WARNER MEDIA LLC, including its | ; | |
| parent and successor in interest, | ; | |
| WARNER BROS. DISCOVERY, | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of May 2025, I served a copy of Plaintiff's First Interrogatories and Plaintiff's First Request for Production of Documents on Defendants by emailing a copy of same to KPeterson@Littler, and by filing this Certificate of Service with the e-file system of the US District Court for the Northern District of Georgia which will send a copy of this Certificate to all counsel of record.

Respectfully submitted,

*/s/ Jeanne Bynum Hipes*

Jeanne Bynum Hipes
Georgia Bar No. 00575
Counsel for Plaintiff

HIPES LAW LLC
Suite 200
2475 Northwinds Pky
Alpharetta, GA  30009
(678) 867-7006
(770)783-5010(facsimile)
 counsel@hipeslaw.com