**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SCOTT RICHARDS,

      Plaintiff,

    v.

WARNER MEDIA LLC, including
its parent and successor in interest,
WARNERS BROS. DISCOVERY,

      Defendant.

Civil Action No. 1:23-cv-05587-JPB-CCB

**<u>NOTICE OF APPEARANCE OF GRAYSON MORONTA</u>**

Grayson Moronta, of the law firm Seyfarth Shaw LLP, 1075 Peachtree Street, N.E., Suite 2500, Atlanta, Georgia 30309-3958, hereby enters her appearance as counsel for Defendants Warner Media, LLC and Warner Bros. Discovery, Inc., incorrectly identified in the Complaint as Warner Media LLC and Warners Bros. Discovery, in this action. Ms. Moronta certifies she is admitted to practice before this Court.

Dated:  October 10, 2025          Respectfully submitted,

WARNER MEDIA, LLC and WARNERS
BROS. DISCOVERY, INC.


By: */s/ Grayson Moronta*
     Grayson Moronta
     Georgia Bar No. 761535
     gmoronta@seyfarth.com
     Seyfarth Shaw LLP
     1075 Peachtree Street, N.E., Suite 2500
     Atlanta, Georgia 30309
     Telephone: (404) 885-1500
     Facsimile:  (404) 892-7056

     Counsel for Defendants
     Warner Media LLC and
     Warners Bros. Discovery

- 2 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SCOTT RICHARDS,<br><br>     Plaintiff,<br><br>  v.<br><br>WARNER MEDIA LLC, including<br>its parent and successor in interest,<br>WARNERS BROS. DISCOVERY,<br><br>     Defendant. | Civil Action No. 1:23-cv-05587-JPB-CCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, the foregoing *NOTICE OF APPEARANCE OF GRAYSON MORONTA* was electronically filed via the CM/ECF filing system, which will automatically send e-mail notification of such filing to all attorneys of record.

                    */s/ Grayson Moronta*
                    Grayson Moronta
                    Counsel for Defendants
                    Warner Media, LLC and
                    Warners Bros. Discovery, Inc.