**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

SCOTT RICHARDS,

      Plaintiff,

    v.

WARNER MEDIA LLC, including its
parent and successor in interest,
WARNER BROS. DISCOVERY,

      Defendant.

Case No. 1:23-cv-05587-JPB-CCB

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, Defendants Warner Media LLC and Warner Bros. Discovery, by and through undersigned counsel of record, certify that on December 24, 2025, Defendants served a copy of the following upon counsel of record for Plaintiff via electronic mail:

- Defendant's Notice of Deposition to Plaintiff

[*Signatures on following page*]

DATED:  December 24, 2025

Respectfully submitted,

SEYFARTH SHAW LLP


By: _/s/ Alex S. Drummond_
    Alex S. Drummond
    Georgia Bar No. 231136
    adrummond@seyfarth.com
    Grayson Moronta
    Georgia Bar No. 761535
    gmoronta@seyfarth.com
    Christopher W. Kelleher (*admitted pro hac vice*)
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

    *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 24, 2025, I presented the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alex S. Drummond*
Alex S. Drummond

*Counsel for Defendant*