# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-05587-JPB-CCB**
**Richards v. Warner Media LCC**
**Honorable Christopher C. Bly**

Minute Sheet for proceedings held In Chambers on 04/29/2026.

TIME COURT COMMENCED: 2:32 P.M.
TIME COURT CONCLUDED: 3:00 P.M.          TAPE NUMBER: Microsoft Teams
TIME IN COURT: 00:28                     DEPUTY CLERK: James Jarvis
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Alex Drummond representing Warner Media LLC
Jeanne Hipes representing Scott Richards

PROCEEDING CATEGORY: Discovery Hearing

MINUTE TEXT: The Court held a discovery conference at Plaintiff's request to discuss continuing the April 30 deposition of Mr. Michael Koetter. The Court denied that request. Mr. Koetter's deposition will go forward as scheduled on April 30, 2026.

Defendant petitioned the Court to extend the dispositive motions deadline. Plaintiff did not oppose that request. Dispositive motions are due June 22, 2026, the response brief is due July 24, 2026, and the reply brief is due due August 7, 2026.