**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SCOTT RICHARDS,<br><br>     Plaintiff,<br><br>  v.<br><br>WARNER MEDIA LLC, including its parent and successor in interest, WARNER BROS. DISCOVERY,<br><br>     Defendant. | **CASE NO. 1:23-cv-05587-JPB-CCB** |

## JOINT NOTICE OF SETTLEMENT

Defendants Warner Media, LLC and Warner Bros. Discovery, Inc. and Plaintiff Scott Richards, by their attorneys, hereby provide notice to the Court that they have reached a settlement in the above-captioned action. The Parties anticipate filing a joint stipulation of dismissal with prejudice within approximately 30 days. The Parties request a stay of all deadlines in this action.

**[*Signatures on following page*]**

Dated:  June 22, 2026

Jointly prepared by:

| | |
|---|---|
| */s/ Jeanne Bynum Hipes* | */s/ Alex S. Drummond* |
| Jeanne Bynum Hipes | Alex S. Drummond |
| Georgia Bar No. 100575 | Georgia Bar No. 231136 |
| counsel@hipeslaw.com | adrummond@seyfarth.com |
| 2475 Northwinds Parkway | 1075 Peachtree Street, N.E., |
| Suite 200 | Suite 2500 |
| Alpharetta, Georgia 30009 | Atlanta, Georgia 30309 |
| Telephone: (678) 867-7006 | Telephone: (404) 885-1500 |
| Facsimile: (770) 783-5010 | Facsimile: (404) 892-7056 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |